RAZOR USA, LLC, Plaintiff–Appellee,

v.

ASA PRODUCTS, INC., HL USA Corporation, Kash 'N' Gold, Ltd., Rapid Suspension Technology USA, Inc. (doing business as Mozo USA), Sun Ram Products, Inc., Variflex, Inc., the Children's Place Retail Stroes, Inc., Todo Dollar Wholesale, Inc., Zscotter, Inc., K–2 Corporation and K–2, Incorporated, Defendants,

and

Gen–X Sports, Inc., Defendant–Appellant.

Razor USA, LLC, Plaintiff–Appellee,

v.

ASA Products, Inc., HL USA Corporation, Kash 'N' Gold, Ltd., Rapid Suspension Technology USA, Inc. (doing business as Mozo USA), Sun Ram Products, Inc., Variflex, Inc., the Children's Place Retail Stroes, Inc., Todo Dollar Wholesale, Inc., Zscotter, Inc., K–2 Corporation and K–2, Incorporated, Defendants,

and

Titan, Inc. (doing business as Titan Scooters), Wysco, Inc., and Yunn Ha-aur Enterprises, Inc., Defendants–Appellants,

and

Zenital, Inc., Defendant–Appellant.

Nos. 01–1143, 01–1134, 01–1142.

United States Court of Appeals, Federal Circuit.

April 4, 2001.

ON MOTION

*ORDER*

Gen–X Sports, Inc. moves to voluntarily dismiss its appeal, no. 01–1143.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted and appeal no. 01–1143 is dismissed.

(2) Each side shall bear its own costs.

(3) The revised official captions are reflected above.